1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIA PREZIO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, Successor to Countrywide Home Loans, Inc., Servicing Agent; THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as Trustee for the Certificateholders of the CWALT, INC., Alternative Loan Trust 2006-OA2, Mortgage Pass-Through Certificates, Series 2006-OA2; RECONTRUST COMPANY, N.A., a California Corporation; All Persons Unknown, Claiming any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff Title, or Any Could on Plaintiff Title Thereto, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-02778-CBM-JPR<br><br>**JUDGMENT** |

1

Consistent with the Court's order filed on March 12, 2015, Judgment is hereby entered in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

DATED: March 12, 2015

Honorable Consuelo B. Marshall
United States District Judge